■ SCUFFY'S COLLISION CORPORATION, Appellant, v MICHAEL J. CODD, as Police Commissioner of the City of New York, Respondent.—Judgment, Supreme Court, New York County, entered on May 16, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Fein, Yesawich and Sandler, JJ.

■ In the Matter of JOSEPH W. MURTHA, Appellant, v NATHAN LEVEN-THAL, as Commissioner of the Department of Housing Preservation and Development, Respondent.—Judgment, Supreme Court, New York County, entered on May 11, 1978, unanimously affirmed, without costs and without disbursements for the reasons stated by Stecher, J., at Special Term. Concur —Lupiano, J. P., Evans, Markewich, Yesawich and Sullivan, JJ.

■ GAIL B. LABB, APPELLANT, v PAUL J. LABB, Respondent.—Order, Supreme Court, New York County, entered on May 22, 1978, unanimously affirmed, without costs and without disbursements, for the reasons stated by Blyn, J., at Special Term. Concur—Lupiano, J. P., Evans, Markewich, Yesa-wich and Sullivan, JJ.

■ P. SUSAN BENNETT, Also Known as SUSAN D. BURLEY, Respondent, v GUS J. BENNETT, Appellant.—Order, Supreme Court, New York County, entered on June 30, 1978, unanimously affirmed, without costs and without disbursements, for the reasons stated by Blyn, J., at Special Term. Concur—Lupiano, J. P., Evans, Markewich, Yesawich and Sullivan, JJ.

■ LOUISE G. BOSEE, Individually and as Stockholder of AMERICAN CHAIN & CABLE COMPANY, INC., Appellant, v BABCOCK INTERNATIONAL, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on April 24, 1978, unanimously affirmed on the opinion of Fein, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY PETERSON, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 10, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833). We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. As assigned counsel indicates, any question as to credit for time served can be pursued in an appropriate proceeding. Concur—Kupferman, J. P., Birns, Silverman, Fein and Lane, JJ.